# MINUTE ORDER

Page 11

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 11/15/2021   Time: 2:00 p.m.

Defendant: Rafael Campos-Martinez   J#: 73967-509   Case #: 20-CR-20051-BLOOM
AUSA: Kevin Larsen   Attorney: _____
Violation: Consp/Distr/Cocaine knowing it would Import into U.S./Consp. Import cocaine/Consp. PWID cocaine   Surr/Arrest Date: 11/10/2021   YOB: 1987
Proceeding: Initial Appearance   CJA Appt: David Donet, Jr. (Sp)
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: PTD
Bond Set at: Temporary PTD   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish ✓

Disposition:
AFPD on case
- Brady Warning
- Rights
- Sworn
- Indigent
- CJA csl appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 11/18/21   10:00 a.m.   Duty   Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:07:35, 14:53, 22:15:08:58   Time in Court: 10 min

s/Alicia M. Otazo-Reyes                                Magistrate Judge